[No. 64261-8-I.   Division One.   October 18, 2010.]

DAVE ROBBINS CONSTRUCTION, LLC, *Appellant*, v. FIRST AMERICAN TITLE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-07292-2, Deborah D. Fleck, J., entered September 4, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 64309-6-I.   Division One.   October 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-05662-3, Christopher A. Washington, J., entered September 21, 2009. *Dismissed* by unpublished per curiam opinion.

[No. 64447-5-I.   Division One.   October 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. NEIL DUANE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 08-1-00133-7, Ira Uhrig, J., entered October 8, 2009. *Remanded* by unpublished per curiam opinion.

[No. 64648-6-I.   Division One.   October 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOHN KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-05202-6, Harry J. McCarthy, J., entered December 15, 2009. *Dismissed* by unpublished per curiam opinion.